Dale K. Galipo (Bar No. 144074)
Shannon J. Leap (Bar No. 339574)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
818-347-3333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Angel Francisco Sanchez

Plaintiff(s)

v.

City of Baldwin Park, Eric Camacho, Jose Castro, and Does 1-10, inclusive

Defendant(s).

CASE NUMBER:

Case 2:23-cv-03807-DMG-MAR

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that __Richard Copeland__ may serve as the Panel Mediator in the above-captioned case. __Shannon J. Leap__ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on __TBD__ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: 10/13/2023              /s/ Shannon J. Leap
                               Attorney For Plaintiff  Angel Francisco Sanchez

Dated: _____          _____
                               Attorney For Plaintiff

Dated: October 13, 2023        /s/ G. Craig Smith
                               Attorney For Defendant  City of Baldwin Park, et al.

Dated: _____          _____
                               Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)              **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**