# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FRANCISCO SANCHES<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF BALDWIN PARK, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–03807–DMG–MAR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __4/22/2024__

Document No.:   __28__

Title of Document:    __Notice of Appearance or Withdrawal of Counsel G123__

**ERROR(S) WITH DOCUMENT:**

Docket text and document conflict; re party.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __April 22, 2024__                       By:  __/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov__
                                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**