# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANGEL FRANCISCO SANCHEZ, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 23-3807-DMG (MARx) |
| v. | |
| CITY OF BALDWIN PARK, et al., | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 4/22/2024 | 28 | Notice of Appearance or Withdrawal of Counsel |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Movant may refile the document but should include the correct names of his clients/the defendants in this action.

Dated: April 24, 2024

By: /s/ Dolly M. Gee
U.S. District Judge / U.S. Magistrate Judge