Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Shannon J. Leap, Esq. (SBN 339574)
sleap@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiff Angel Sanchez*

Mildred K. O'Linn (State Bar No. 159055)
**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL SANCHEZ<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BALDWIN PARK; ERIC CAMACHO; JOSE CASTRO; and DOES 1-10, Inclusive,<br><br>Defendants. | **Case No. 2:23-CV-03807-DMG-MAR**<br>*District Judge Dolly M. Gee*<br>*Magistrate Judge Margo A. Rocconi*<br><br>**JOINT STIPULATION TO REQUEST COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INVESTIGATION FILE**<br><br>[(Proposed) Order *filed concurrently herewith*] |

**TO THIS HONORABLE COURT:**

COME NOW, Plaintiff Angel Sanchez and Defendants City of Baldwin Park, Eric Camacho, and Jose Castro ("the Parties"), and hereby stipulate and request as

-1-
JOINT STIPULATION TO REQUEST COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INVESTIGATION FILE

follows:

WHEREAS, the County of Los Angeles Sheriff's Department conducted the officer-involved shooting investigation;

WHEREAS, the County of Los Angeles Sheriff's Department and/or its agents have custody and possession of the entire investigation file regarding the non-fatal officer-involved shooting of Plaintiff Angel Sanchez on May 21, 2021 ("the Incident") including: investigative reports, interviews, video and audio recordings, and photographs.

WHEREAS, the Parties jointly request access to the County of Los Angeles Sheriff's Department investigation file including any and all audio recordings, including the audio-recorded statements of any City of Baldwin Park Police Department officers who were involved in, or witnessed, the INCIDENT, including Officers Eric Camacho and Jose Castro; any and all video recordings, including surveillance camera recordings, body-worn camera recordings, and dash camera recordings, that captured any part of the INCIDENT; any and all photographs documenting the scene of the INCIDENT; any and all photographs documenting items of evidence collected during the Sheriff's investigation of the INCIDENT; any and all photographs of any Baldwin Park Police Department officers involved in the INCIDENT, including Officers Eric Camacho and Jose Castro, that document the uniforms and equipment worn by the officers at the time of the INCIDENT; the dispatch log regarding the call for service that the Baldwin Park Police Department was responding to on the date of the INCIDENT; and any and all investigation reports, police reports, investigator's notes, and any other documents which comprise the complete County of Los Angeles Sheriff's Department's investigation file regarding the INCIDENT.

THEREFORE, the Parties jointly and respectfully request that this Court issue an order directing the County of Los Angeles Sheriff's Department to make the

officer involved shooting investigation file available to the parties.

DATED: April 29, 2024  **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Dale K. Galipo*
Dale K. Galipo[1]
Shannon J. Leap
*Attorneys for Plaintiff*

Dated: April 29, 2024  **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ G. Craig Smith*
Mildred K. O'Linn
G. Craig Smith

*Attorneys for Defendants*

---

[1] Pursuant to LR 5-4.3.4(a)(2)(i), as the filer of this document, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.