# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BALDWIN PARK; ERIC CAMACHO; JOSE CASTRO; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. **2:23-CV-03807-DMG-MAR**<br><br>**ORDER RE: COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT INVESTIGATION FILE** |

**TO THE COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT; AND ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed the Parties' Joint Stipulation for Order Directing the Orange County Sheriff-Coroner to Release Autopsy Materials, and good cause appearing therein, it is hereby ordered that the County of Los Angeles Sheriff's Department Release its investigation file of the May 21, 2021 officer involved shooting of Plaintiff, Angel Sanchez ("the Incident") including: any and all audio recordings, including the audio-recorded statements of any City of Baldwin Park Police

Department officers who were involved in, or witnessed, the INCIDENT, including Officers Eric Camacho and Jose Castro; any and all video recordings, including surveillance camera recordings, body-worn camera recordings, and dash camera recordings, that captured any part of the INCIDENT; any and all photographs documenting the scene of the INCIDENT; any and all photographs documenting items of evidence collected during the Sheriff's investigation of the INCIDENT; any and all photographs of any Baldwin Park Police Department officers involved in the INCIDENT, including Officers Eric Camacho and Jose Castro, that document the uniforms and equipment worn by the officers at the time of the INCIDENT; the dispatch log regarding the call for service that the Baldwin Park Police Department was responding to on the date of the INCIDENT; and any and all investigation reports, police reports, investigator's notes, and any other documents which comprise the complete County of Los Angeles Sheriff's Department's investigation file regarding the INCIDENT shall be released to the Parties for the purpose of this litigation upon receipt of a copy of this Order.

IT IS SO ORDERED.

DATED: _____    UNITED STATES DISTRICT COURT

_____
Hon. Dolly M. Gee
United States Chief District Judge