**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Shannon J. Leap (SBN 339574)
sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff,
ANGEL FRANCISCO SANCHEZ


Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Roslynn Wilfert (State Bar No. 303024)
  *Roslynn.Wilfert@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF
BALDWIN PARK, ERIC CAMACHO
and JOSE CASTRO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANGEL FRANCISCO SANCHEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF BALDWIN PARK; ERIC CAMACHO; JOSE CASTRO; and DOES 1-10, INCLUSIVE,<br><br>                    Defendants. | Case No. 2:23-cv-03807-DMG-MAR<br>District Judge: Dolly M. Gee;<br>Magistrate Judge:  Margo A. Rocconi<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE PRE-TRIAL DATES**<br><br>[Proposed] Order *filed concurrently herewith*<br><br>Filed Date:          05/18/23<br>Trial Date:          04/08/25 |

*///*

*///*

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE THAT Plaintiff ANGEL SANCHEZ ("Plaintiff") and Defendants, CITY OF BALDWIN PARK, ERIC CAMACHO and JOSE CASTRO ("Defendants") (collectively, "the Parties") jointly hereby stipulate that GOOD CAUSE exists to modify the Scheduling Order (Dkt. No. 25 and 25-1) as follows:

1. This is the Parties' first request to continue dates in this case.

2. The Parties are diligently exchanging discovery, including the initial disclosures, in compliance with the fact discovery cutoff deadlines in place in this case.

3. On July 11 2024, the Parties engaged in good faith, early settlement and mediation discussions with the assigned ADR Panel Mediator, Richard Copeland on and the Parties were unable to reach an agreement.

4. The Parties have been meeting and conferring since June 28, 2024, regarding scheduling the Plaintiff's deposition. The Parties reached a mutually agreeable date of November 5, 2024, for the Plaintiff's deposition.

5. The Parties have been meeting and conferring about staying this action pending the resolution of Plaintiff's concurrent criminal action but have not been able to reach an agreement.

6. Given the Parties' inability to agree on whether a stay of this action is appropriate, Defendants will be filing a motion to stay this action under *Heck* and *Younger*.

7. The Parties agree that if a motion for summary judgment, partial summary judgment, or other dispositive motion is filed, the opposing party shall have a period of fourteen (14) days to oppose the motion, and the moving party shall have fourteen (14) days to file their reply.

8. In light of the foregoing issues that have arisen despite the Parties' diligence

MANNING | KASS

in meeting the deadlines set by the Court in the scheduling order, the Parties submit that GOOD CAUSE exists to modify the scheduling order to continue pre-trial dates as outlined below. The proposed modifications will allow the completion of discovery, expert designations and expert discovery, prepare for additional mediation discussions and pre-trial preparations.

## PROPOSED CONTINUED SCHEDULE

| Event | Current Date | Proposed Cont. Date |
|---|---|---|
| Fact discovery cut-off | 11/26/24 | 01/03/25 |
| Expert witness disclosures (initial) | 12/17/24 | 1/07/25 |
| Expert witness disclosures (rebuttal) | 1/14/25 | 1/21/25 |
| Expert discovery cut-off | 2/04/25 | 2/04/25 |
| Motion cut-off filing deadline | 12/06/24 | 1/10/25 |
| Last hearing date for dispositive motions | 1/10/25 | 2/21/25 |
| Settlement Conference Completion cut-off | 2/11/25 | 3/10/25 |
| Joint Status Report re Settlement | 2/18/25 | 2/18/25 |
| Motion in Limine Filing Deadline | 2/18/25 | 2/18/25 |
| Opposition to Motion in Limine Filing Deadline | 2/25/25 | 2/25/25 |
| Proposed Pretrial Conference Order | 2/18/25 | 2/18/25 |

**JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**

| Event | Current Date | Proposed Cont. Date |
|---|---|---|
| Contentions of Fact/Law | 2/18/25 | 2/18/25 |
| Pretrial Exhibit Stipulation | 2/18/25 | 2/18/25 |
| Joint Exhibit List | 2/18/25 | 2/18/25 |
| Witness List & Joint Trial Time Estimate Form | 2/18/25 | 2/18/25 |
| Agreed Statement of the Case | 2/18/25 | 2/18/25 |
| Proposed Voir Dire Questions | 2/18/25 | 2/18/25 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | 2/18/25 | 2/18/25 |
| Verdict Forms | 2/18/25 | 2/18/25 |
| Final Pretrial Conference | 3/11/25 2:00 p.m. | 3/11/25 2:00 p.m. |
| Trial | 4/08/25 8:30 a.m. | 4/08/25 8:30 a.m. |

IT IS SO STIPULATED.

**ATTESTATION**

Pursuant to Local Rule 5-4.34(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

///

///

///

///

///

4

Respectfully submitted,

DATED:  October 31, 2024      **LAW OFFICES OF DALE K. GALIPO**


By:      /s/Shannon Leap
         Dale K. Galipo, Esp.
         Shannon Leap, Esq
         Attorneys for Plaintiff,
         ANGEL FRANCISCO SANCHEZ


DATED:  October 31, 2024      **MANNING & KASS**
                              **ELLROD, RAMIREZ, TRESTER LLP**


By:      /s/ Roslynn M. Wilfert
         Mildred K. O'Linn
         Roslynn M. Wilfert
         Attorneys for Defendants, CITY OF
         BALDWIN PARK, ERIC CAMACHO and
         JOSE CASTRO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5                    Case No. 2:23-cv-03807-DMG-MAR

**JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**