# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANGEL FRANCISCO SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BALDWIN PARK; ERIC CAMACHO; JOSE CASTRO; and DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:23-cv-03807-DMG-MAR<br>District Judge: Dolly M Gee;<br>Magistrate Judge: Margo A. Rocconi<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE PRE-TRIAL DATES**<br><br>Filed Date:　　05/18/23<br>Trial Date:　　04/08/25 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having considered the Parties' stipulation and request to continue pre-trial deadlines, and GOOD CAUSE appearing therefrom, hereby GRANTS the request. The continued deadlines are as follows:

## CONTINUED SCHEDULE

| Event | Current Date | Proposed Cont. Date |
|---|---|---|
| Fact discovery cut-off | 11/26/24 | 01/03/25 |
| Expert witness disclosures (initial) | 12/17/24 | 1/07/25 |
| Expert witness disclosures (rebuttal) | 1/14/25 | 1/21/25 |
| Expert discovery cut-off | 2/04/25 | 2/04/25 |
| Motion cut-off filing deadline | 12/06/24 | 1/10/25 |

| Event | Current Date | Proposed Cont. Date |
|---|---|---|
| Last hearing date for dispositive motions | 1/10/25 | 2/21/25 |
| Settlement Conference Completion cut-off | 2/11/25 | 3/10/25 |
| Joint Status Report re Settlement | 2/18/25 | 2/18/25 |
| Motion in Limine Filing Deadline | 2/18/25 | 2/18/25 |
| Opposition to Motion in Limine Filing Deadline | 2/25/25 | 2/25/25 |
| Proposed Pretrial Conference Order | 2/18/25 | 2/18/25 |
| Contentions of Fact/Law | 2/18/25 | 2/18/25 |
| Pretrial Exhibit Stipulation | 2/18/25 | 2/18/25 |
| Joint Exhibit List | 2/18/25 | 2/18/25 |
| Witness List & Joint Trial Time Estimate Form | 2/18/25 | 2/18/25 |
| Agreed Statement of the Case | 2/18/25 | 2/18/25 |
| Proposed Voir Dire Questions | 2/18/25 | 2/18/25 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | 2/18/25 | 2/18/25 |
| Verdict Forms | 2/18/25 | 2/18/25 |
| Final Pretrial Conference | 3/11/25 2:00 p.m. | 3/11/25 2:00 p.m. |

| Event | Current Date | Proposed Cont. Date |
|---|---|---|
| Trial | 4/08/25 8:30 a.m. | 4/08/25 8:30 a.m. |

IT IS SO ORDERED.

Dated: _____    _____
HONORABLE DOLLY M. GEE
United States District Judge