# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANGEL FRANCISCO SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BALDWIN PARK; ERIC CAMACHO; JOSE CASTRO; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. CV 23-03807-DMG (MARx)<br><br>**ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE PRE-TRIAL DATES [36]** |

The Court, having considered the Parties' stipulation and request to continue pre-trial deadlines, and GOOD CAUSE appearing, hereby GRANTS the request. The amended schedule is as follows:

**AMENDED SCHEDULE**

| Event | Current Date | New Date |
|---|---|---|
| Fact discovery cut-off | 11/26/24 | 01/03/25 |
| Expert witness disclosures (initial) | 12/17/24 | 1/07/25 |
| Expert witness disclosures (rebuttal) | 1/14/25 | 1/21/25 |
| Expert discovery cut-off | 2/04/25 | 2/04/25 |
| Motion cut-off filing deadline | 12/06/24 | 1/10/25 |
| Last hearing date for dispositive motions | 1/10/25 | 2/21/25 |
| Settlement Conference Completion cut-off | 2/11/25 | 3/10/25 |
| Joint Status Report re Settlement | 2/18/25 | 3/17/25 |
| Motion in Limine Filing Deadline | 2/18/25 | 2/18/25 |

| Event | Current Date | New Date |
|---|---|---|
| Opposition to Motion in Limine Filing Deadline | 2/25/25 | 2/25/25 |
| Proposed Pretrial Conference Order | 2/18/25 | 2/18/25 |
| Contentions of Fact/Law | 2/18/25 | 2/18/25 |
| Pretrial Exhibit Stipulation | 2/18/25 | 2/18/25 |
| Joint Exhibit List | 2/18/25 | 2/18/25 |
| Witness List & Joint Trial Time Estimate Form | 2/18/25 | 2/18/25 |
| Agreed Statement of the Case | 2/18/25 | 2/18/25 |
| Proposed Voir Dire Questions | 2/18/25 | 2/18/25 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | 2/18/25 | 2/18/25 |
| Verdict Forms | 2/18/25 | 2/18/25 |
| Final Pretrial Conference | 3/11/25 2:00 p.m. | 3/11/25 2:00 p.m. |
| Trial | 4/08/25 8:30 a.m. | 4/08/25 8:30 a.m. |

The parties shall comply with the Court's Scheduling and Case Management Order [Doc. # 25], except to the extent modified herein.

IT IS SO ORDERED.

DATED: November 1, 2024

_____
DOLLY M. GEE
Chief United States District Judge