Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Yury A. Kolesnikov (State Bar No. 271173)
  *yury.kolesnikov@manningkass.com*
Roslynn Wilfert (State Bar No. 303024)
  *roslynn.wilfert@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants City of Baldwin Park, Eric Camacho, and Jose Castro*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FRANCISCO SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BALDWIN PARK, ERIC CAMACHO, JOSE CASTRO, and DOES 1–10, INCLUSIVE,<br><br>Defendants. | Case No.: 2:23-cv-03807 DMG (MAR)<br><br>**Declaration of Roslynn Wilfert in Support of Defendants' Motion to Stay Action Pending Resolution of Plaintiff's Related Criminal State-Court Proceedings**<br><br>Judge:     Hon. Dolly M. Gee<br>Courtroom: 8C, 8th Floor<br>Date:      December 13, 2024<br>Time:      9:30 a.m.<br><br>Complaint Filed: May 18, 2023<br>Trial Date:      April 8, 2025 |

Wilfert Declaration in Support of Defendants' Motion to Stay Action

I, Roslynn Wilfert, declare as follows:

1. I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, counsel for Defendants City of Baldwin Park, Eric Camacho, and Jose Castro in this action. I submit this declaration in support of Defendants' motion to stay. I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could and would competently testified to these facts.

2. On November 5, 2024, I took the deposition of Plaintiff in this action, Angel Francisco Sanchez. During the deposition, Mr. Sanchez invoked the Fifth Amendment a number of times in response to my questions and refused to provide an answer to those questions. The deposition transcript is not yet available. Defendants will submit the relevant excerpts from the deposition transcript with their reply papers.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2024, in Los Angeles, California.

            ___*/s/ Roslynn Wilfert*___
            Roslynn Wilfert

Wilfert Declaration in Support of Defendants' Motion to Stay Action