# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FRANCISCO SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BALDWIN PARK, ERIC CAMACHO, JOSE CASTRO, and DOES 1–10, INCLUSIVE,<br><br>Defendants. | Case No.: 2:23-cv-03807 DMG (MAR)<br><br>**[Proposed] Order Granting Defendants' Motion to Stay Action Pending Resolution of Plaintiff's Related Criminal State-Court Proceedings**<br><br>Judge:      Hon. Dolly M. Gee<br>Courtroom:  8C, 8th Floor<br>Date:       December 13, 2024<br>Time:       9:30 a.m.<br><br>Complaint Filed:  May 18, 2023<br>Trial Date:       April 8, 2025 |

The Court, having considered the motion to stay filed by Defendants City of Baldwin Park, Eric Camacho, and Jose Castro (collectively, "Defendants"), and all of the papers and argument in support and in opposition thereof, and all of the pleadings and other evidence, **ORDERS** as follows:

1. Defendants' motion to stay this action is **GRANTED**.

2. The Court finds that a stay of this action is warranted under *Heck v. Humphrey*, 512 U.S. 477 (1994), and *Younger v. Harris*, 401 U.S. 37 (1971).

3. All of the proceedings and deadlines in this action are hereby **STAYED** pending resolution of Plaintiff's related state-court criminal proceedings in *People v. Sanchez*, Case No. KA133424 (Cal. Super. Ct., Cnty. of Los Angeles).

4. Defendants shall provide the Court with a report on the status of the criminal action every six months from the date of this order.

**IT IS SO ORDERED.**

DATED:

_____
HON. DOLLY M. GEE
United States District Judge