Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Roslynn M. Wilfert (State Bar No. 303024)
*Roslynn.Wilfert@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants CITY OF BALDWIN PARK, ERIC CAMACHO and JOSE CASTRO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANGEL FRANCISCO SANCHEZ,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF BALDWIN PARK; ERIC CAMACHO; JOSE CASTRO; and DOES 1-10, INCLUSIVE,<br><br>     Defendants. | Case No. 2:23-cv-03807-DMG-MAR<br>District Judge: Dolly M Gee;<br>Magistrate Judge: Margo A. Rocconi<br><br>**DEFENDANTS CITY OF BALDWIN PARK'S, ERIC CAMACHO'S, AND JOSE CASTRO'S REPORT ON STATUS OF CRIMINAL PROCEEDING**<br><br>Filed Date:    05/18/23<br>Trial Date:    N/A |

**TO THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendants CITY OF BALDWIN PARK, ERIC CAMACHO, and JOSE CASTRO, hereby submit this report on the status of the plaintiff ANGEL FRANCISCO SANCHEZ'S criminal proceeding in Los Angeles Superior Court Case No. ELMKA133424-01.

On January 13, 2025, the defendants' counsel of record searched the Los Angeles Superior Court website regarding the plaintiff's pending criminal case and received information from the website that the plaintiff's case was continued to

March 12, 2025, at 8:30 a.m. for a Pretrial Conference/Trial Setting.

DATED:  January 13, 2025

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Roslynn M. Wilfert
Mildred K. O'Linn
Roslynn M. Wilfert
Attorneys for Defendants CITY OF BALDWIN PARK, ERIC CAMACHO and JOSE CASTRO