1  Mildred K. O'Linn (State Bar No. 159055)
     *missy.olinn@manningkass.com*
2  Roslynn M. Wilfert (State Bar No. 303024)
     *Roslynn.Wilfert@manningkass.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
   Attorneys for Defendants CITY OF
7  BALDWIN PARK, ERIC CAMACHO
   and JOSE CASTRO
8
9              **UNITED STATES DISTRICT COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11
    ANGEL FRANCISCO SANCHEZ,          Case No. 2:23-cv-03807-DMG-MAR
12                                     District Judge: Dolly M Gee;
              Plaintiff,               Magistrate Judge:  Margo A. Rocconi
13
           v.
14                                     **DEFENDANTS CITY OF**
    CITY OF BALDWIN PARK; ERIC         **BALDWIN PARK'S, ERIC**
15  CAMACHO; JOSE CASTRO; and          **CAMACHO'S, AND JOSE**
    DOES 1-10, INCLUSIVE,              **CASTRO'S REPORT ON STATUS**
16                                     **OF CRIMINAL PROCEEDING**
              Defendants.
17
18                                     Filed Date:       05/18/23
                                       Trial Date:       N/A
19

20      **TO THE COURT, AND TO ALL PARTIES AND THEIR**

21  **RESPECTIVE ATTORNEYS OF RECORD:**

22         The undersigned, counsel of record for Defendants CITY OF BALDWIN

23  PARK, ERIC CAMACHO, and JOSE CASTRO, hereby submit this report on the

24  status of the plaintiff ANGEL FRANCISCO SANCHEZ'S criminal proceeding in

25  Los Angeles Superior Court Case No. ELMKA133424-01.

26         On May 1, 2025, the defendants' counsel of record searched the Los Angeles

27  Superior Court website regarding Mr. Sanchez's pending criminal case and received

28

1 | information from the website that Mr. Sanchez's case was continued to May 15,

2 | 2025, at 8:30 a.m. for a Pitchess Motion.

3 | DATED:  May 1, 2025                    Respectfully submitted,

4

5 | **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

6

7

8 | By: _____/s/ Roslynn M. Wilfert_____
Mildred K. O'Linn

9 | Roslynn M. Wilfert
Attorneys for Defendants CITY OF

10 | BALDWIN PARK, ERIC CAMACHO and
JOSE CASTRO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28