1  Mildred K. O'Linn (State Bar No. 159055)
    *missy.olinn@manningkass.com*
2  Roslynn M. Wilfert (State Bar No. 303024)
    *Roslynn.Wilfert@manningkass.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
   Attorneys for Defendants CITY OF
7  BALDWIN PARK, ERIC CAMACHO
   and JOSE CASTRO
8

9               **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12  ANGEL FRANCISCO SANCHEZ,              Case No. 2:23-cv-03807-DMG-MAR
                                          District Judge: Dolly M Gee;
13            Plaintiff,                  Magistrate Judge:  Margo A. Rocconi

14       v.
                                          **DEFENDANTS CITY OF**
15  CITY OF BALDWIN PARK; ERIC            **BALDWIN PARK'S, ERIC**
    CAMACHO; JOSE CASTRO; and             **CAMACHO'S, AND JOSE**
16  DOES 1-10, INCLUSIVE,                 **CASTRO'S REPORT ON STATUS**
                                          **OF CRIMINAL PROCEEDING**
17            Defendants.

18                                        Filed Date:        05/18/23
                                          Trial Date:        N/A
19

20       **TO THE COURT, AND TO ALL PARTIES AND THEIR**

21  **RESPECTIVE ATTORNEYS OF RECORD:**

22       The undersigned, counsel of record for Defendants CITY OF BALDWIN

23  PARK, ERIC CAMACHO, and JOSE CASTRO, hereby submit this report on the

24  status of the plaintiff ANGEL FRANCISCO SANCHEZ'S criminal proceeding in

25  Los Angeles Superior Court Case No. ELMKA133424-01.

26       On May 21, 2025, the defendants' counsel of record searched the Los Angeles

27  Superior Court website regarding Mr. Sanchez's pending criminal case and received

28  information from the website that Mr. Sanchez's case was continued to June 18,

1    2025, at 8:30 a.m. for a Pitchess Motion.

2

3    DATED:  May 21, 2025          Respectfully submitted,

4                                  **MANNING & KASS**

5                                  **ELLROD, RAMIREZ, TRESTER LLP**

6

7

8                                  By:      /s/ Roslynn M. Wilfert

                                       Mildred K. O'Linn

9                                      Roslynn M. Wilfert

                                       Attorneys for Defendants CITY OF

10                                     BALDWIN PARK, ERIC CAMACHO and

11                                     JOSE CASTRO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:23-cv-03807-DMG-MAR

**DEFENDANTS' REPORT ON STATUS OF PLAINTIFF'S CRIMINAL PROCEEDING**