Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Robert E. Murphy (State Bar No. 103936)
  *robert.murphy@manningkass.com*
David Fleck (State Bar No. 192912)
  *David.Fleck@manningkass.com*
Bari Blackledge (State Bar No. 341914)
  *Bari.Blackledge@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF BALDWIN PARK, ERIC CAMACHO and JOSE CASTRO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANGEL FRANCISCO SANCHEZ, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BALDWIN PARK; ERIC CAMACHO; JOSE CASTRO; and DOES 1-10, INCLUSIVE, <br><br> Defendants. | Case No. 2:23-cv-03807-DMG-MAR <br> District Judge: Dolly M Gee; <br> Magistrate Judge: Margo A. Rocconi <br><br> **DEFENDANTS CITY OF BALDWIN PARK'S, ERIC CAMACHO'S AND JOSE CASTRO'S REPORT ON STATUS OF CRIMINAL PROCEEDING** <br><br><br> Filed Date: 05/18/23 <br> Trial Date: N/A |

**TO THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendants CITY OF BALDWIN PARK, ERIC CAMACHO, and JOSE CASTRO, hereby submit this report on the status of the plaintiff ANGEL FRANCISCO SANCHEZ'S criminal proceeding in Los Angeles Superior Court Case No. ELMKA133424-01.

On July 14, 2025, the defendants' counsel of record searched the Los Angeles

Superior Court website regarding Mr. Sanchez's pending criminal case and received information from the website that the Court granted Mr. Sanchez's request to continue his own case to September 8, 2025, at 8:30 a.m. for a Pitchess Motion.

DATED: July 15, 2025        Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:     /s/ Mildred K. O'Linn
          Mildred K. O'Linn
          Bari M. Blackledge
          David L. Fleck
          Attorneys for Defendants CITY OF BALDWIN PARK, ERIC CAMACHO and JOSE CASTRO

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On July 15, 2025, I served true copies of the following document(s) described as **DEFENDANTS CITY OF BALDWIN PARK'S, ERIC CAMACHO'S AND JOSE CASTRO'S REPORT ON STATUS OF CRIMINAL PROCEEDING** on the interested parties in this action as follows:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard T Copeland**
  rtc@conflict-solution.com

- **David L Fleck**
  David.Fleck@manningkass.com,adriana.alvarado@manningkass.com

- **Dale K Galipo**
  dalekgalipo@yahoo.com,dgilbert@galipolaw.com,blevine@galipolaw.com,evalenzuela@galipolaw.com,rvalentine@galipolaw.com,slaurel@galipolaw.com,CMayne@galipolaw.com,msincich@galipolaw.com,ldeleon@galipolaw.com,amonguia@galipolaw.com,coopermayne@recap.email,sanderson@galipolaw.com,hlee@galipolaw.com

- **Joseph Anthony Gordon**
  joe@paulmones.com

- **Yury A Kolesnikov**
  yury.kolesnikov@manningkass.com,norma.limon@manningkass.com

- **Robert E Murphy**
  Robert.Murphy@manningkass.com,mireya.linares@manningkass.com

- **Mildred K. O'Linn**
  missy.olinn@manningkass.com,dxf@manningllp.com,docket@manningllp.com,mko@manningllp.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1    Executed on July 15, 2025, at Los Angeles, California.

                                              /s/ Sandra Alarcon
                                     Sandra Alarcon

2