Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Robert E. Murphy (State Bar No. 103936)
  *robert.murphy@manningkass.com*
David Fleck (State Bar No. 192912)
  *David.Fleck@manningkass.com*
Bari Blackledge (State Bar No. 341914)
  *Bari.Blackledge@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF BALDWIN PARK, ERIC CAMACHO and JOSE CASTRO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANGEL FRANCISCO SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BALDWIN PARK; ERIC CAMACHO; JOSE CASTRO; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-cv-03807-DMG-MAR<br>District Judge: Dolly M Gee;<br>Magistrate Judge: Margo A. Rocconi<br><br>**DEFENDANTS CITY OF BALDWIN PARK'S, ERIC CAMACHO'S AND JOSE CASTRO'S REPORT ON STATUS OF CRIMINAL PROCEEDING**<br><br>Filed Date:          05/18/23<br>Trial Date:          N/A |

**TO THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendants CITY OF BALDWIN PARK, ERIC CAMACHO, and JOSE CASTRO, hereby submit this report on the status of the plaintiff ANGEL FRANCISCO SANCHEZ'S criminal proceeding in Los Angeles Superior Court Case No. ELMKA133424-01.

On September 16, 2025, the defendants' counsel of record searched the Los

Angeles Superior Court website regarding Mr. Sanchez's pending criminal case and received information from the website that the Court granted Mr. Sanchez's request to continue his own case to October 28, 2025 at 8:30 a.m. for a Pitchess Motion.

DATED:  September 16, 2025          Respectfully submitted,

                                    **MANNING & KASS**
                                    **ELLROD, RAMIREZ, TRESTER LLP**


                                    By:  _____ /s/ David L. Fleck _____
                                         Mildred K. O'Linn
                                         Bari M. Blackledge
                                         David L. Fleck
                                         Attorneys for Defendants CITY OF
                                         BALDWIN PARK, ERIC CAMACHO and
                                         JOSE CASTRO