Mildred K. O'Linn (State Bar No. 159055)
 *missy.olinn@manningkass.com*
Robert E. Murphy (State Bar No. 103936)
 *robert.murphy@manningkass.com*
Gigi Gutierrez (State Bar No. 235138)
 *gigi.gutierrez@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF BALDWIN PARK, ERIC CAMACHO and JOSE CASTRO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANGEL FRANCISCO SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BALDWIN PARK; ERIC CAMACHO; JOSE CASTRO; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-cv-03807-DMG-MAR<br>District Judge: Dolly M Gee;<br>Magistrate Judge: Margo A. Rocconi<br><br>**DEFENDANTS CITY OF BALDWIN PARK'S, ERIC CAMACHO'S AND JOSE CASTRO'S REPORT ON STATUS OF CRIMINAL PROCEEDING**<br><br>Filed Date:  05/18/23<br>Trial Date:   N/A |

**TO THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendants CITY OF BALDWIN PARK, ERIC CAMACHO, and JOSE CASTRO, hereby submit this report on the status of the plaintiff ANGEL FRANCISCO SANCHEZ'S criminal proceeding in Los Angeles Superior Court Case No. ELMKA133424-01.

On February 10, 2026, the defendants' counsel of record searched the Los Angeles Superior Court website regarding Mr. Sanchez's pending criminal case and

1  received information from the website that on January 6, 2026, the pre-trial/trial
2  setting conference was continued by the defendant to January 23, 2026, then
3  continued again by defendant to February 20, 2026 at 8:30 a.m.

5  DATED: February 10, 2026                Respectfully submitted,

   **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**


                                           By:   */s/ Gigi Gutierrez*
                                                 Mildred K. O'Linn
                                                 Robert E. Murphy
                                                 Gigi Gutierrez
                                                 Attorneys for Defendants CITY OF
                                                 BALDWIN PARK, ERIC CAMACHO and
                                                 JOSE CASTRO