Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Robert E. Murphy (State Bar No. 103936)
  *robert.murphy@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF
BALDWIN PARK, ERIC CAMACHO
and JOSE CASTRO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANGEL FRANCISCO SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BALDWIN PARK; ERIC CAMACHO; JOSE CASTRO; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-cv-03807-DMG-MAR<br>District Judge: Dolly M Gee;<br>Magistrate Judge:  Margo A. Rocconi<br><br>**DEFENDANTS CITY OF BALDWIN PARK'S, ERIC CAMACHO'S AND JOSE CASTRO'S REPORT ON STATUS OF CRIMINAL PROCEEDING**<br><br>Filed Date:        05/18/23<br>Trial Date:        N/A |

**TO THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendants CITY OF BALDWIN PARK, ERIC CAMACHO, and JOSE CASTRO, hereby submit this report on the status of the plaintiff ANGEL FRANCISCO SANCHEZ'S criminal proceeding in Los Angeles Superior Court Case No. ELMKA133424-01.

On March 13, 2026 a plea agreement was approved and entered in Los Angeles Superior Court. Defense counsel regrets failing to report the status of this matter in accordance with the Court's prior scheduling order. The failure to comply was a result of various communication issues and oversight and was not the result of

any intentional delay. Defense counsel upon discovering this issue on July 6, 2026 immediately addressed the issue and the need to lift the stay to the attention of opposing counsel who was previously aware of the plea and had communicated such to defense counsel, but had taken no further action on this issue. By this report defense counsel has taken action to inform the Court and correct the situation promptly when the oversight was discovered by defense.

Therefore, defendants respectfully apologize to the Court for the delay in reporting and request that the stay of the civil proceedings be lifted.

DATED: July 7, 2026                          Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:      _/s/ Mildred K. O'Linn_
            Mildred K. O'Linn
            Robert E. Murphy
            Attorneys for Defendants CITY OF
            BALDWIN PARK, ERIC CAMACHO and
            JOSE CASTRO

2