JS-5

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| Case No. | **CV 23-3807-DMG (MARx)** | Date | July 10, 2026 |
|---|---|---|---|

| Title | *Angel Francisco Sanchez v. City of Baldwin Park, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER LIFTING STAY [57]**

On December 12, 2024, the Court granted Defendants City of Baldwin Park, Eric Camacho, and Jose Castro's motion to stay this action pending resolution of Plaintiff Angel Francisco Sanchez's criminal proceeding in state court.  [Doc. # 41.]  The Court directed Defendants to file a status report within one week of a hearing set for January 8, 2025 in the state proceeding and every 60 days thereafter until further order of this Court.  *Id.* at 7.[1]  On July 7, 2026, Defendants filed a status report indicating Sanchez's state proceeding was resolved on March 13, 2026 by plea agreement.  [Doc. # 57.]  Defendants request that the stay be lifted.  *Id.* at 2.  Although Defendants' status report is untimely as the latest report was due on April 20, 2026, Plaintiff has not filed any opposition and there is no prejudice to either side.

In light of the foregoing, the stay is **LIFTED**.  The parties shall meet and confer and file an amended Joint Rule 26(f) Report proposing new trial and pretrial deadlines by **July 31, 2026**.  *See* Doc. ## 16, 17.

**IT IS SO ORDERED.**

---

[1] All page citations herein refer to the page numbers inserted by the CM/ECF system.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DD |
|---|---|---|