# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL SANCHEZ<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF BALDWIN PARK; ERIC CAMACHO; JOSE CASTRO; and DOES 1-10, Inclusive,<br><br>           Defendants. | **Case No. 2:23-CV-03807-DMG-MAR**<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S UNLAWFUL DETENTION AND ARREST CLAIM (CLAIM 1) ONLY AND GRANTING LEAVE FOR DEFENDANTS TO AMEND ANSWER TO ASSERT *HECK* AFFIRMATIVE DEFENSE** |

## [PROPOSED] ORDER

The Court has reviewed and considered the parties' Stipulation to Voluntarily Dismiss Plaintiff's Unlawful Detention and Arrest Claim (Claim 1) Only and for Leave for Defendants to Amend Answer to Assert *Heck* Affirmative Defense.

Pursuant to that Stipulation, it is HEREBY ORDERED that Plaintiff's claim for Unreasonable Search and Seizure – Unlawful Detention and Arrest (42 U.S.C. § 1983) (Claim 1)—but no other claim asserted by Plaintiff—is hereby DISMISSED with prejudice, with the parties to bear their own costs and fees incurred in connection with this claim.

Additionally, pursuant to the parties' Stipulation, and good cause appearing, it is FURTHER ORDERED that Defendants may, no later than 7 days of the issuance of this Order, file an Amended Answer that is identical to Defendants' previous Answer [Dkt. 14], except that the Amended Answer may assert one additional affirmative defense that is premised on *Heck v. Humphrey*, 512 U.S. 477 (1994).

DATED: _____          UNITED STATES DISTRICT COURT

_____
Hon. Dolly M. Gee
Chief United States District Judge

-2-

[PROPOSED] ORDER DISMISSING PLAINTIFF'S UNLAWFUL DETENTION AND ARREST CLAIM (CLAIM 1) ONLY AND GRANTING LEAVE FOR DEFENDANTS TO AMEND ANSWER TO ASSERT HECK AFFIRMATIVE DEFENSE