Judge Dolly M. Gee

## SCHEDULE OF PRETRIAL & TRIAL DATES WORKSHEET

Case No.  2:23-cv-03807-DMG-MAR    Case Name:  Angel Sanchez v. City of Baldwin Park, et al.

| MATTER | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE | TIME |
|---|---|---|
| **TRIAL** [ ] Court [✓] Jury<br><br>Duration Estimate: 5-7 days | 11/09/2027<br><br>(Tuesday)[3] | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE ("FPTC")**<br><br>4 wks before trial | 10/12/2027<br><br>(Tuesday) | 2:00 p.m. |

| MATTER | TIME COMPUTATION | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 90 days after scheduling conf | N/A |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 wks before FPTC | 12/18/2026 |
| Motion Cut-Off (filing deadline) | at least 13 wks before FPTC | 03/12/2027 |
| Initial Expert Disclosure & Report Deadline | at least 9 wks before FPTC | 01/29/2027 |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 wks before FPTC | 02/19/2027 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 wks before FPTC | 03/05/2027 |
| Settlement Conference Completion Date | at least 4 wks before FPTC | 04/16/2027 |
| Motions in Limine Filing Deadline | at least 3 wks before FPTC | 05/21/2027 |
| Opposition to Motion in Limine Filing Deadline | at least 2 wks before FPTC | 06/04/2027 |
| Other Dates: (e.g., class cert motion cut-off, early mediation, etc.) | | |

**EXHIBIT A**

[3]Trials commence on Tuesdays.  Final pretrial conferences are held on Tuesdays.