UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 23-3807-DMG (MARx)** | Date | August 7, 2026 |
|---|---|---|---|

| Title | *Angel Francisco Sanchez v. City of Baldwin Park, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER AMENDING PRETRIAL AND TRIAL DATES
[63]**

On July 10, 2026, the Court lifted the stay on this action and ordered the parties to file an amended Joint Rule 26(f) report proposing new trial and pretrial dates.[1]  [Doc. # 59.]  Having reviewed and considered the Amended Joint Rule 26(f) report, the Scheduling and Case Management Order ("CMO") [Doc. # 25] is amended in accordance with the Amended Schedule of Pretrial & Trial Dates attached to this Order.  The parties shall comply with the Court's CMO [Doc. # 25], except to the extent modified herein.

**IT IS SO ORDERED.**

---

[1] The Court stayed this matter on December 12, 2024.  [Doc. # 41.]  With the exception of the amended pleadings and addition of parties cut-off, none of the parties' pre-trial dates expired before the Court stayed the action. *See* Doc. # 37.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DD |
|---|---|---|

Judge Dolly M. Gee
**AMENDED SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.:    CV 23-3807-DMG (MARx)              Title:      *Angel Francisco Sanchez v. City of Baldwin Park, et al.*

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**    [  ] Court   [ x ] Jury<br>Duration Estimate:   5-7 days | 11-9-27<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 10-12-27<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (by stip or motion, and includes hearing of motions to amend) | EXPIRED |
| Non-Expert Discovery Cut-Off<br>(includes hearing of discovery motions) | 12-18-26 |
| Motion Cut-Off   (filing deadline)<br>Last hearing date for dispositive motions | 3-12-27<br>4-16-27 |
| Initial Expert Disclosure & Report Deadline | 1-29-27 |
| Rebuttal Expert Disclosure & Report Deadline | 2-19-27 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 3-5-27 |
| Settlement Conference Completion Date | 4-23-27 |
| Joint Status Report re Settlement | 4-30-27 |
| Motions in Limine Filing Deadline | 5-21-27 |
| Opposition to Motion in Limine Filing Deadline | 6-4-27 |
|  |  |
| Proposed Pretrial Conference Order | 9-21-27 |
| Contentions of Fact/Law | 9-21-27 |
| Pretrial Exhibit Stipulation | 9-21-27 |
| Joint Exhibit List | 9-21-27 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 9-21-27 |
| Agreed Statement of the Case | 9-21-27 |
| Proposed Voir Dire Questions | 9-21-27 |
| Joint Statement of Jury Instructions &<br>Joint Statement of Disputed Instructions | 9-21-27 |
| Verdict Forms | 9-21-27 |